659 A.2d 291

**ST. CHARLES ASSOCIATES, LIMITED PARTNERSHIP et al.**

v.

**COUNTY COMMISSIONERS OF CHARLES COUNTY. et al.**

**No. 3, Sept. Term, 1995.**

Court of Appeals of Maryland.

June 6, 1995.

James A. Dunbar (Lawrence C. Renbaum, Venable, Baetjer and Howard, L.L.P., Baltimore, William D. Quarles, Venable, Baetjer and Howard, L.L.P., Towson, all on brief), for petitioners.

Kurt J. Fischer (Roger D. Redden, Piper & Marbury, Baltimore, Roger Lee Fink, County Atty., County Com's of Charles County, La Plata, all on brief), for respondents.

Argued before MURPHY, C.J., and ELDRIDGE, RODOWSKY, CHASANOW, KARWACKI, BELL and RAKER, JJ.

## ORDER

PER CURIAM.

The petition for writ of certiorari in the above entitled case having been granted and heard, it is this 6th day of June, 1995

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.